**Joseph LOWE, Jr., Petitioner-Appellant,**

v.

**Joseph S. HOPPER, Warden,
Respondent-Appellee.**

**No. 75–2270
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Sept. 24, 1975.

Rehearing and Rehearing En Banc
Denied Oct. 24, 1975.

John J. Sullivan, Savannah, Ga., for petitioner-appellant.

Arthur K. Bolton, Atty. Gen., John B. Ballard, Jr., Atlanta, Ga., for respondent-appellee.

Before BROWN, Chief Judge, and GODBOLD and GEE, Circuit Judges.

---

* Rule 18, 5 Cir., *Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al.*, 5 Cir., 1970, 431 F.2d 409, Part I.

PER CURIAM:

The judgment appealed from is affirmed for the reasons stated in the district court's final order, reported as *Lowe v. Hopper*, S.D.Ga., 1975, 400 F. Supp. 970.